

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2022

No. 04-21-00466-CV

**PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,** and Karla Waples,
Appellants

v.

**BANDERA WRANGLERS,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVOC-20-0000171
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellee's brief was originally due to be filed on March 21, 2022. Appellee's first motion for extension of time was granted, extending the deadline for filing the brief to April 20, 2022. On April 14, 2022, appellee filed an unopposed motion requesting an additional extension of time to file the brief until May 11, 2022. The motion is GRANTED, and appellee is ORDERED to file its brief **no later than May 11, 2022**.

Further requests for an extension of time will be disfavored in the absence of extenuating circumstances and, if counsel files a third request, her motion must reasonably explain (1) her failure to timely file the brief and (2) why appellant is not significantly injured by appellee's failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1). Counsel for appellee is advised that counsel's heavy case load or demanding work schedule is not an extraordinary circumstance warranting further requests for an extension of time.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2022.



MICHAEL A. CRUZ, Clerk of Court